FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 9:07 am, Jun 26, 2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 415-024-2 |
| | ) | |
| DESALSHIA ADRIEN WILLIAMS | ) | |
| | ) | |

## ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the government's motion to seal Exhibit A to its response to defendant's motion for compassionate release, the government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibit A, with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 25 day of June 2020.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA